685 A.2d 992

**In the Matter of A. George GLASCO, a/k/a Alphonz George Glasco.**

**No. 239 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 13, 1996.

## ORDER

PER CURIAM:

AND NOW, this 13th day of November, 1996, A. George Glasco, a/k/a Alphonz George Glasco, having been disbarred from the practice of law in the State of California by Order of the Supreme Court of the State of California filed August 12, 1992; the said A. George Glasco, a/k/a Alphonz George Glasco, having been directed on August 13, 1996, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that A. George Glasco, a/k/a Alphonz George Glasco is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.